FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 13 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PACIFIC AEROSPACE & ELECTRONICS, INC., a Washington corporation,

    Plaintiff,

v.

EDWARD TAYLOR, an individual; KRISTEN TAYLOR, an individual; JAMES PETRI, an individual; RAAD TECHNOLOGIES, INC., a a Washington corporation;

    Defendants.

No. CS-02-412-AAM

**ORDER GRANTING MOTION FOR EXPEDITED HEARING, <u>INTER ALIA</u>**

Defendants Taylor and Petri seek expedited hearing on their Motion to Amend and/or Clarify March 15, 2004 Temporary Restraining Order. SRI Hermetic's Inc. seeks expedited hearing on its Motion for a Protective Order. These motions are entwined with plaintiff's motion for contempt set for hearing with oral argument on April 20. Accordingly, the motion for expedited hearing (Ct. Rec. 219) is **GRANTED**.

The court will shorten time so the aforementioned motions of Taylor and Petri (Ct. Rec. 222) and SRI (Ct. Rec. 218) will be heard with oral argument in conjunction with the plaintiff's

**ORDER GRANTING
EXPEDITED HEARING-**         1

motion for contempt on April 20. As part of its reply brief on the motion for contempt to be served and filed no later than April 16, plaintiff shall respond to the motions of Taylor and Petri and SRI. At its option, plaintiff may serve and file a separate response with regard to those motions.

Good cause appearing, defendants' motion to exceed the page limit in its response to the motion for contempt (Ct. Rec. 220) is **GRANTED**.

Good cause appearing, the motion of John W. Beuhler, Esq., to withdraw as counsel of record for all of the defendants named in the caption set forth above (Ct. Rec. 213) is **GRANTED**.

**IT IS SO ORDERED.** The District Executive is directed to enter this order and forward copies to counsel of record, including Mr. Beuhler.

**DATED** this 13 of April, 2004.

_____
ALAN A. McDONALD
Senior United States District Judge

**ORDER GRANTING**
**EXPEDITED HEARING-**                2