FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 3 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC AEROSPACE<br>& ELECTRONICS,<br><br>                 Plaintiff,<br><br>    vs.<br><br>EDWARD TAYLOR, et al.,<br><br><br>               Defendants. | No. CS-02-412-AAM<br><br>**ORDER EXONERATING<br>BOND** |

The $2,000 bond posted by plaintiff in conjunction with the court's March 15, 2004 "Order Granting Plaintiff's Ex Parte Motion For A Temporary Restraining Order To Preserve Evidence And Allow Inspection Of Premises" is **EXONERATED** and the District Executive is **DIRECTED** to return that sum to plaintiff care of its counsel, Harry J.F. Korrell, Esq., Davis Wright Tremaine LLP, 2600 Century Square, 1501 Fourth Avenue, Seattle, WA 98101-1688.

**IT IS SO ORDERED.** The District Executive shall forward copies of this order to counsel.

**DATED** this _13_ of July, 2004.

_____
ALAN A. McDONALD
Senior United States District Judge

**ORDER EXONERATING BOND-**      **1**