FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 15 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

JUDGE ALAN A. McDONALD

ERIK S. BAKKE, SR.
Davis, Arneil Law Firm, LLP
617 Washington Street, P. O Box 2136
Wenatchee WA 98807-2136
Webb: www.davisarneil.com
E-mail: erikb@dadkp.com
Phone: 509 662 3551
Fax: 509 662 9074
Attorneys for Ed Taylor, et al.

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC AEROSPACE & ELECTRONICS, INC., a Washington Corporation,<br>            Plaintiff,<br>vs.<br>EDWARD TAYLOR, et al.,<br>            Defendants. | NO.   CS-02-0412-AAM<br><br>SATISFACTION OF JUDGMENT ENTERED ON JULY 2, 2004<br><br>[CLERK'S ACTION REQUIRED] |

I. SUMMARY OF SATISFACTION

   1.1   Judgment Creditor.  PACIFIC AEROSPACE & ELECTRONICS, INC., a Washington Corporation.

   1.2   Attorneys for Judgment Creditors.  HARRY J.F. KORRELL, DAVIS WRIGHT TREMAINE LLP, 2600 Century Square, 1501 Fourth Avenue, Seattle, Washington, 98101-1688.

15/Satisfaction of Judgment -1-
F:\ESB\T-Z\TylrEA\p02.wpd
September 2, 2004

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P.O. BOX 2136
WENATCHEE WA 98807-2136
509-662-3551/FAX: 509-662-9074

1.3     Judgment Debtors. EDWARD TAYLOR, KRISTEN TAYLOR, and JAMES PETRI.

1.4     Amount of Judgment. $96,164.29

1.5.    Full Satisfaction.

1.6     Amount of Satisfaction. $96,519.61

1.7     Date of Entry of Judgment. JULY 2, 2004

## II.  SATISFACTION

The undersigned attorney for the plaintiff, hereby certifies that the Judgment heretofore entered on the 2nd day of July, 2004, in favor of the plaintiff against the defendant has been satisfied and the Clerk of the above-entitled Court is hereby authorized and directed to satisfy the same of record.

DATED this 3d day of September, 2004.

DAVIS WRIGHT TREMAINE LLP

By _____
Harry J.F. Korrell, WSBA # 23173
Attorneys for Plaintiff

15/Satisfaction of Judgment -2-
F:\ESB\T-Z\TylrEA\p02.wpd
September 2, 2004

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P.O. BOX 2136
WENATCHEE WA 98807-2136
509-662-3551/FAX: 509-662-9074

State of Washington
County of King

I certify that I know or have satisfactory evidence that Harry J. F. Korrell is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated September 3, 2004

Signature Donna L. Alexander, Notary Public

My appointment expires 04-01-05

15/Satisfaction of Judgment -3-
F:\ESB\T-Z\TylrEA\p02.wpd
September 2, 2004

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P.O. BOX 2136
WENATCHEE WA 98807-2136
509-662-3551/FAX: 509-662-9074