BRYCE J. WILCOX
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave.
Spokane, WA 99201-0466
(509) 455-9555

Attorneys for Edward Taylor,
James Petri, and SRI Hermetics, Inc.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 15 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

PACIFIC AEROSPACE &
ELECTRONICS, INC., a Washington
corporation,

    Plaintiff,

v.

EDWARD TAYLOR, et al.,

    Defendants.

NO. CS-02-0412-AAM

MOTION TO WITHDRAW AS
COUNSEL FOR EDWARD TAYLOR,
JAMES PETRI, AND
SRI HERMETICS, INC.

COMES NOW Bryce J. Wilcox and the law firm of Lukins & Annis, P.S., the attorneys of record for Defendants Edward Taylor, James Petri, and SRI Hermetics, Inc. and moves the Court for an Order allowing him and Lukins & Annis, P.S. to withdraw as attorney of record for the above-named parties. This motion is supported by the Declaration of Bryce J. Wilcox filed herewith.

MOTION TO WITHDRAW AS COUNSEL FOR EDWARD TAYLOR,
JAMES PETRI, AND SRI HERMETICS, INC.: 1

\\SPOKANE1\VOL2\15LDOC\PPML59N-BJW-SRI.DOC 9/15/04

LAW OFFICES
LUKINS & ANNIS
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA 99201-0466
(509) 455-9555


1  DATED this 15th day of September, 2004.

2                                    LUKINS & ANNIS, P.S.

3

4

5  By _____
                                    BRYCE J. WILCOX, WSBA# 21728
6                                   Attorneys for Edward Taylor,
7                                   James Petri, and SRI Hermetics, Inc.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION TO WITHDRAW AS COUNSEL FOR EDWARD TAYLOR,
JAMES PETRI, AND SRI HERMETICS, INC.: 2

\\SPOKANE1\VOL2\15LDOC\PPML59N-BJW-SRI.DOC 9/15/04

LAW OFFICES
LUKINS & ANNIS
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA 99201-0466
(509) 455-9555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of Sept, 2004, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Mr. Edward A. Taylor<br>SRI Hermetics, Inc.<br>751 N. Drive<br>Melbourne, FL 39234<br><br>Defendant | ☒<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) |
| Mr. James G. Petri<br>SRI Hermetics, Inc.<br>751 N. Drive<br>Melbourne, FL 39234<br><br>Defendant | ☒<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) |
| Mr. Harry J. F. Korrell<br>Davis Wright Tremaine LLP<br>2600 Century Square<br>1501 Fourth Ave<br>Seattle, WA 98101-1688<br><br>Attorney for Plaintiff | ☒<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) |
| Mr. James L. Twombly<br>SRI Hermetics, Inc.<br>751 N Drive<br>Melbourne, FL 32934 | ☒<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) |
| Mr. Jay Johnson<br>Davis, Arneil Law Firm<br>617 Washington St<br>Wenatchee, WA 98801 | ☒<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) |

*/s/ Penny M. Lamb*
PENNY M. LAMB
Legal Assistant to
BRYCE J. WILCOX

MOTION TO WITHDRAW AS COUNSEL FOR EDWARD TAYLOR, JAMES PETRI, AND SRI HERMETICS, INC.: 3

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA 99201-0466
(509) 455-9555

\\SPOKANE1\VOL2\1SLDOC\PPML59N-BJW-SRI.DOC 9/15/04